# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa E Nessel,<br><br>        Plaintiff,<br><br>v.<br><br>JDM Golf LLC, et al.,<br><br>        Defendants. | **NO. CV-23-00095-PHX-DMF**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 22, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

July 22, 2024

By  s/ E. Aragon
    Deputy Clerk