Jay A. Zweig (011153)
Melissa R. Costello (020379)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
Email: zweigj@ballardspahr.com
Email: costellomr@ballardspahr.com

*Attorneys for Defendant JDM Golf, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Alyssa E. Nessel, a single woman, | Case No. 2:23-cv-00095-DMF |
|---|---|
| Plaintiff, | |
| vs. | **SATISFACTION OF JUDGMENT** |
| JDM Golf, LLC, an Arizona limited liability company; John and Jane Doe, husband and wife, | |
| Defendants. | |

Defendant JDM Golf, LLC hereby provides notice that the Judgment of Taxation of Costs entered in favor of JDM Golf, LLC against Plaintiff Alyssa E. Nessel on August 27, 2024 (Docket No. 68) has been satisfied.

DATED this 26th day of December, 2024.

　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　By: */s/ Jay A. Zweig*
　　　　　　　　　　　　　　　　　　Jay A. Zweig
　　　　　　　　　　　　　　　　　　Melissa R. Costello
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　1 East Washington Street, Suite 2300
　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004-2555
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant JDM Golf, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of December, 2024, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on this same date, the foregoing document was served via e-mail on the below counsel of record:

Nicholas J. Enoch
Morgan L. Bigelow
Taylor M. Secemski
LUBIN & ENOCH, P.C.
349 N. Fourth Avenue
Phoenix, AZ 85003-1505
nick@lubinandenoch.com
morgan@lubinandenoch.com
taylor@lubinandenoch.com
*Attorneys for Plaintiff*

By: */s/ Kayla Olsen*