**FILED**

DEC 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALYSSA E, NESSEL, a single woman,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>JDM GOLF, LLC, an Arizona limited liability company,<br><br>    Defendant - Appellee. | No. 24-4747<br><br>D.C. No. 2:23-cv-00095-DMF<br>District of Arizona, Phoenix<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator